# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Jacquelyn Schell
Tel: 646.446.8048
Fax: 212.223.1942
SchellJ@ballardspahr.com

August 17, 2021

*By Electronic Filing and E-Mail*

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: <u>Steve Sands v. Associated Newspapers (U.S.A.) Limited, No. 21-cv-05520-AJN</u>

Dear Judge Nathan,

We write on behalf of Associated Newspapers (U.S.A.) Limited ("Defendant"), Defendant in the above-referenced case, to request an unopposed adjournment of Defendant's time to answer or otherwise respond to Plaintiff's Complaint through and until October 7, 2021. **SO ORDERED.**

Pursuant to Judge Furman's Orders on July 22, 2020, and November 30, 2020, in *Usherson v. Bandshell Artist Management*, No. 19-cv-6368-JMF (S.D.N.Y.), counsel for Plaintiff must obtain and file deposit copies of copyrighted works when filing new copyright actions. *See* Dkt. 5-2 at 11, n.7; *see also* Dkt. 5-1. Plaintiff's counsel stated that he has requested the deposit copies related to Plaintiff's claim and will file them when received. *See* Dkt. 1-3.

Defendant's deadline to answer or otherwise respond is currently September 7, 2021. Dkt. 8. Defendant requests an extension through October 7, to allow time for Plaintiff to file and Defendant to review the deposit copies underlying Plaintiff's claimed copyright registration. This is Defendant's first request to extend this deadline, the requested extension will not affect any other scheduled dates, and Plaintiff has consented to the proposed extension.

Respectfully submitted,

/s/ *Jacquelyn N. Schell*

Jacquelyn N. Schell

cc: James Freeman, Esq., counsel for Plaintiff

*[Signature]*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
8/18/21